UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DONALD L. GRABNER, | ) | CASE NO. C09-0012-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING *IN FORMA* |
| | ) | *PAUPERIS* APPLICATION AND |
| JULIE C. WALTERS, et al., | ) | DISMISSING MATTER WITHOUT |
| | ) | PREJUDICE |
| Defendants. | ) | |
| _____ | ) | |

The Court, having reviewed plaintiff's Application to Proceed *In Forma Pauperis*, the Complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Application to Proceed *In Forma Pauperis* is DENIED;

(3) This matter is DISMISSED without prejudice; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 25th day of February, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE